**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:16-cv-00212-MR
[CRIMINAL CASE NO. 1:00-cr-00074-MR-1]**

| | |
|---|---|
| **RICHARD ALLEN JACKSON,** ) | |
| ) | |
| **Petitioner,** ) | |
| ) | |
| **vs.** ) | **90-DAY ORDER** |
| ) | |
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Respondent.** ) | |
| _____ ) | |

**THIS MATTER** is before the Court on Petitioner's Motion to Vacate Conviction and Sentence Pursuant to 28 U.S.C. § 2255. [Doc. 1]. Petitioner seeks relief under Johnson v. United States, 135 S. Ct. 2551 (2015). Petitioner is represented by John A. Fagg, Jr., Alton L. Gwaltney, III, and Frank E. Schall of the law firm Moore & Van Allen PLLC.

The Court has conducted an initial screening of the petition under the Rules Governing § 2255 Proceedings, Rule 4(b) 28 U.S.C.A. foll. § 2255, and finds: (1) the petition has been signed by counsel on Petitioner's behalf, Rule 2(b)(5), 28 U.S.C.A. foll. § 2255; (2) the petition is an authorized second or successive petition [see Doc. 1-1: Order granting authorization to file second or successive § 2255 motion]; (3) the petition appears to have been

filed within one year of Johnson, see § 2255(f)(3); and (4) Petitioner has asserted a colorable claim for relief cognizable under § 2255(a). Upon consideration of the motion and the record of prior proceedings, the Court determines that the United States Attorney shall file a response to Petitioner's allegations. Id.

**IT IS, THEREFORE, ORDERED** that no later than ninety (90) days from entry of this Order, the United States Attorney shall file an Answer or other responsive pleading to Petitioner's Motion to Vacate, Set Aside, or Correct Sentence.

**IT IS SO ORDERED.**

Signed: July 8, 2016

Martin Reidinger
United States District Judge

2