# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### ASHEVILLE DIVISION
### CIVIL CASE NO. 1:16-cv-00212-MR
### [CRIMINAL CASE NO. 1:00-cr-00074-MR-1]

**RICHARD ALLEN JACKSON**,

    Petitioner,

      v

**UNITED STATES OF AMERICA**,

    Respondent.

## JOINT STATUS REPORT

COMES NOW Richard Allen Jackson and the United States of America, by and through undersigned counsel, and files this Joint Status Report pursuant to this Court's August 1, 2016 Order, holding this case in abeyance (Doc. 8).

The abeyance order requires the parties to inform the Court, within seven days, of the issuance of any opinion by the Fourth Circuit Court of Appeals in *United States v. Ali*, No. (4th Cir. 15-4433) or *United States v. Simms*, (4th Cir. No. 15-4640). Doc. 8 at 3. On January 24, 2019, the Fourth Circuit published an en banc opinion in the *Simms* case, reversing the defendant's conviction. *United States v. Simms*, ___ F.3d ___, 2019 WL 311906 (4th Cir. 2019). Seven members of the en banc panel dissented. *Id*.

On January 28, 2019, the United States moved, without opposition, to stay the Fourth Circuit's mandate in *Simms*, pending the Supreme Court's decision in *United States v. Davis*, No. (U.S.S.C. No. 18-431) and the filing of a petition for certiorari from the *Simms* decision. The

1

motion remains pending.

The parties agree that during the pendency of the Supreme Court litigation in *Simms* and *Davis*, the ongoing stay in this case remains appropriate.

Dated this 31st day of January, 2019:

Respectfully submitted,

R. ANDREW MURRAY
United States Attorney
Western District of North Carolina

*/s/Jeffrey B. Kahan*
JEFFREY B. KAHAN
Deputy Chief
U.S. Dept. of Justice, Capital Case Section
1331 F Street, NW, 6th Fl.
Washington, D.C. 20530
(202) 305-8910
(202) 353-9779 fax
jeffrey.kahan@usdoj.gov

Counsel for the United States

*/s/John A. Fagg, Jr.*
JOHN A. FAGG, JR.
FRANK E. SCHALL
Moore & Van Allen PLLC
100 N. Tryon Street; Ste. 4700
Charlotte, NC 28202-4003
Phone: (704) 331-1000
Fax: (704) 378-2054
Email: johnfagg@mvalaw.com

Counsel for Richard Allen Jackson

2

# CERTIFICATE OF SERVICE

This is to certify that I have, on this 31st Day of January, 2019, served by electronic service, through the Court's ECF system, a copy of the attached document on the attorneys for Petitioner, Richard Allen Jackson, as follows:

- Frank E. Schall: frankschall@mvalaw.com

- John Anderson Fagg, Jr:  johnfagg@mvalaw.com, lindamelin@mvalaw.com

- Alton Larue Gwaltney , III: Larrygwaltney@mvalaw.com

*/s/ Jeffrey B. Kahan*
JEFFREY B. KAHAN
Deputy Chief
U.S. Dept. of Justice, Capital Case Section
1331 F Street, NW, 6th Fl.
Washington, D.C. 20530
(202) 305-8910
(202) 353-9779 fax
jeffrey.kahan@usdoj.gov