**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**ASHEVILLE DIVISION**
**CIVIL CASE NO. 1:16-cv-00212-MR**
**[CRIMINAL CASE NO. 1:00-cr-00074-MR-1]**

| | | |
|---|---|---|
| **RICHARD ALLEN JACKSON,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| **vs.** | ) | **60-DAY ORDER** |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Respondent.** | ) | |
| _____ | ) | |

**THIS MATTER** is before the Court on Petitioner's Motion to Vacate Conviction and Sentence Pursuant to 28 U.S.C. § 2255. [Doc. 1].

This action has been held in abeyance pending a decision by the United States Supreme Court in United States v. Davis, No. 18-431 (cert. granted Jan. 4, 2019). The Supreme Court announced its decision on June 24, 2019.

In light of the Supreme Court's decision, the Court will lift the stay and direct the United States Attorney to file a response to the Petitioner's allegations.

**IT IS, THEREFORE, ORDERED** that no later than sixty (60) days from entry of this Order, the United States Attorney shall file an Answer or other

responsive pleading to Petitioner's Motion to Vacate, Set Aside, or Correct

Sentence.

**IT IS SO ORDERED.**

Signed: June 24, 2019

Martin Reidinger
United States District Judge

2