# UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF NORTH CAROLINA
### ASHEVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO.:  1:16-CV-212 |
| | ) | |
| v. | ) | **NOTICE OF ATTORNEY APPEARANCE** |
| | ) | |
| RICHARD ALLEN JACKSON | ) | |
| | ) | |

**NOW COMES** the United States of America, by and through R. Andrew Murray, United States Attorney for the Western District of North Carolina, and gives notice to this Honorable Court of the appearance of the undersigned Assistant United States Attorney for the Government in the above-referenced action.

**RESPECTFULLY SUBMITTED**, this the 25th day of June, 2019.

R. ANDREW MURRAY
UNITED STATES ATTORNEY

s/Anthony J. Enright
Anthony J. Enright
Assistant United States Attorney
227 West Trade Street, Suite 1650
Charlotte, NC 28202
Telephone:     704-344-6222
Fax:              704-344-6229
Email: anthony.enright@usdoj.gov

## <u>CERTIFICATE OF SERVICE</u>

I certify that I have this day served a copy of the above upon Movant herein by serving his attorneys of record through electronic case filing.

This 25th day of June, 2019.

s/ Anthony J. Enright
Assistant United States Attorney
USAO Charlotte, NC