IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CIVIL NO. 1:16-CV-212
(1:00-CR-74)

RICHARD ALLEN JACKSON,          )
                                )
                                )
                                )
     vs.                        )
                                )
UNITED STATES OF AMERICA.       )
                                )
                                )
_____ )

## MOTION FOR EXTENSION OF TIME

The United States respectfully requests a forty-five day extension of time to file its response to Richard Allen Jackson's successive motion under 28 U.S.C. § 2255, which is currently due August 23, 2019.  Jackson challenged his 2001 conviction under 18 U.S.C. § 924(c) alleging that the statute's "residual clause" is unconstitutionally vague.  He contends that the three predicate offenses that support his conviction under that statute, murder, 18 U.S.C. § 1111(a); kidnapping, 18 U.S.C. § 1201(a)(2); and aggravated sexual assault, 18 U.S.C. § 2241(a), do not qualify as predicates under remaining parts of the statute.  This Court held Jackson's motion in abeyance until the Supreme Court on June 24 decided *United States v. Davis* and held that the residual clause of section 924(c) is unconstitutionally vague.  139 S. Ct. 2319, 2336 (2019).  The United States' response would benefit from additional time, for at least three reasons.

First, undersigned counsel expects to receive further guidance from the Department of Justice. The Supreme Court's decision in *Davis* is likely to affect cases across the country, and the Department is currently preparing guidance for prosecutors that will promote uniformity in the United States' approach to recurring issues. Counsel expects to receive that guidance relatively soon.

Second, several of the issues Jackson's motion presents are likely to require some time to address after the Department issues guidance. The motion likely implicates the limits on 2255 motions, the proper interpretation of the parts of section 924(c) undisturbed by *Davis*, and the proper interpretation of several predicate offenses.

Third, the week that the response of the United States is due, counsel faces deadlines in this Court for responses in more than a dozen additional proceedings under 28 U.S.C. § 2255 raising *Davis* issues. Although the United States will likely request extensions of time in some of those proceedings, they will require a considerable amount of counsel's time.

The United States' response to Jackson's motion would, therefore, benefit from additional time. Counsel for Jackson has informed the United States that he does not object to the requested extension.

Wherefore, to permit counsel additional time to prepare its response in the light of the issues presented and other deadlines, the United States respectfully requests a forty-five-day extension of time to file its response.

2

RESPECTFULLY SUBMITTED this 19th day of August, 2019.

R. ANDREW MURRAY
UNITED STATES ATTORNEY

s/Anthony J. Enright
Anthony J. Enright
Assistant United States Attorney
227 West Trade Street, Suite 1650
Charlotte, NC 28202
Telephone: 704-344-6222
Fax: 704-344-6229
Email: anthony.enright@usdoj.gov

3

**CERTIFICATE OF SERVICE**

I certify that I have this day caused to be served a copy of the above response upon the Movant through this Court's electronic filing system.

This 19th day of August, 2019.

s/ Anthony J. Enright
Assistant United States Attorney
USAO Charlotte, NC

4