IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CIVIL NO. 1:16-CV-212
(1:00-CR-74)

RICHARD ALLEN JACKSON, )
)
)
)
vs. )
)
UNITED STATES OF AMERICA. )
)
)
_____ )

## MOTION FOR EXTENSION OF TIME

The United States respectfully requests a second forty-five day extension of time to file its response to Richard Allen Jackson's successive motion under 28 U.S.C. § 2255, which is currently due October 7, 2019. The United States has received a large number of 2255 motions challenging convictions in the light of the Supreme Court's decision in *United States v. Davis,* 139 S. Ct. 2319 (2019), and related decisions. The Federal Public Defender's Office, which represents many of the movants, has asked the United States to prioritize responses to certain movants who are seeking immediate release. Without objection from counsel for Jackson, the United States has endeavored to accommodate those requests from the Federal Defender's Office.

Since the United States requested its initial extension, which this Court granted, counsel with primary responsibility for preparing the United States' response has filed responses or dispositive motions in the following 2255 actions in

this Court: *United States v. Leak*, No. 3:18-CV-629; *United States v. White*, No. 1:16-CV-171; *United States v. Jackson*, No. 1:16-CV-171; *United States v. Jones*, No. 3:16-CV-486; *United States v. Littlejohn*, No. 3:16-CV-386; *United States v. Johnson*, No. 3:16-CV-480; *United States v. Lacy*, No. 1:16-CV-210; *United States v. Hughes*, No. 1:16-CV-219; *United States v. Wright*, No. 3:19-CV-83; *United States v. Gaither*, No. 3:16-CV-417; *United States v. Cline*, No. 1:16-CV-173; *United States v. McKinney*, No. 1:16-CV-149; *United States v. Morrison*, No. 5:16-CV-97; *United States v. Ferone*, No. 5:16-CV-83; *United States v. King*, No. 5:16-CV-78; and *United States v. Parker*, No. 3:19-CV-250. Counsel has also filed briefs in the Fourth Circuit in *United States v. Perry*, No. 19-4203; *United States v. Ellis*, No. 19-4159; and *United States v. Smith*, No. 19-4321.

In coming weeks, counsel faces deadlines for responses to 2255 motions in a number of other post-*Davis* matters: *United States v. Little*, No. 3:16-CV-314; *United States v. Castillo*, No. 3:16-CV-431; *United States v. Jordan*, No. 5:16-CV-114; *United States v. Castellon*, No. 3:16-CV-256; *United States v. Brown*, No. 3:16-CV-310; *United States v. Wright*, No. 3:16-CV-454. Counsel faces response deadlines in the Fourth Circuit in *United States v. Davis*, No. 19-4442; *United States v. Moriello*, No. 19-4464; *United States v. Rogers*, No. 19-4366; *United States v. Rivera*, No. 19-4363; and *United States v. Leach*, No. 18-4743. And counsel expects to appear for oral argument later this month in *United States v. Jordan*, No. 17-4751; and *United States v. Beck*, No. 17-4179.

The issues Jackson's motion presents are potentially complex. The motion implicates the limits on 2255 motions, the proper interpretation of the parts of section 924(c) undisturbed by *Davis*, and the proper interpretation of several predicate offenses.

To permit counsel additional time to prepare its response in the light of the issues presented and other deadlines, the United States respectfully requests a second forty-five-day extension of time to file its response. Counsel for Jackson has informed the United States that he does not object to the requested extension.

RESPECTFULLY SUBMITTED this 2nd day of October, 2019.

R. ANDREW MURRAY
UNITED STATES ATTORNEY

s/Anthony J. Enright
Anthony J. Enright
Assistant United States Attorney
227 West Trade Street, Suite 1650
Charlotte, NC 28202
Telephone:   704-344-6222
Fax:              704-344-6229
Email: anthony.enright@usdoj.gov

3

# CERTIFICATE OF SERVICE

I certify that I have this day caused to be served a copy of the above response upon the Movant through this Court's electronic filing system.

This 2nd day of October, 2019.

> s/ Anthony J. Enright
> Assistant United States Attorney
> USAO Charlotte, NC