IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CIVIL NO. 1:16-CV-212
(1:00-CR-74)

RICHARD ALLEN JACKSON,     )
        )
        )
        )
    vs.     )
        )
UNITED STATES OF AMERICA.     )
        )
        )
_____ )

**MOTION TO PLACE**
**MOTION UNDER 28 U.S.C. § 2255 IN ABEYANCE**

The United States respectfully requests that this Court place the motion filed

by Richard Allen Jackson under 28 U.S.C. § 2255 in abeyance until the United

States Supreme Court decides *Walker v. United States*, No. 19-373.  Jackson

challenges his 2001 conviction under 18 U.S.C. § 924(c) alleging that the statute's

"residual clause" is unconstitutionally vague.  He contends that the three predicate

offenses that support his conviction under that statute, murder, 18 U.S.C. § 1111(a);

kidnapping, 18 U.S.C. § 1201(a)(2); and aggravated sexual assault, 18 U.S.C.

§ 2241(a), do not qualify as predicates under remaining parts of the statute.  Among

his arguments that murder does not qualify as a "crime of violence" is that "murder

may be accomplished without the *intentional* use of force."  *2255 Mot.* 10.  He

contends that the force clause of section 924(c), which remains intact, requires such

intent and "recklessness" is "not enough."  *Id.* (bracket and citation omitted).

*Walker* presents the question whether an offense that can be committed with a mens rea of recklessness can qualify as a "violent felony" under the Armed Career Criminal Act, which is defined much like "crime of violence." *See* Question Presented, *Walker v. United States*, No. 19-373 (cert. granted Nov. 15, 2019).[1]

Because the question presented in *Walker* is likely to bear on or dispose of one of the issues raised in Jackson's 2255 motion, the United States respectfully requests that this Court hold the matter in abeyance until the Supreme Court decides *Walker*. The United States requests 45 days after the Supreme Court issues its decision to file its response. Counsel for Walker does not object to this request by the United States.

RESPECTFULLY SUBMITTED this 20th day of November, 2019.

R. ANDREW MURRAY
UNITED STATES ATTORNEY

s/Anthony J. Enright
Anthony J. Enright
Assistant United States Attorney
227 West Trade Street, Suite 1650
Charlotte, NC 28202
Telephone:   704-344-6222
Fax:               704-344-6229
Email: anthony.enright@usdoj.gov

---

[1]  available at https://www.supremecourt.gov/docket/docketfiles/html/qp/19-00373qp.pdf.

**CERTIFICATE OF SERVICE**

I certify that I have this day served a copy of the above upon Movant herein by serving his attorneys of record through electronic case filing.

This 20th day of November, 2019.

s/ Anthony J. Enright
Assistant United States Attorney
USAO Charlotte, NC

3