**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:16-cv-00212-MR
CRIMINAL CASE NO. 1:00-cr-00074-MR-1**

| | | |
|---|---|---|
| **RICHARD ALLEN JACKSON,** | ) | |
| | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| **vs.** | ) | **O R D E R** |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Respondent.** | ) | |
| _____ | ) | |

**THIS MATTER** is before the Court on the Petitioner's Unopposed Motion for Sixty-One (61) Day Extension of Time to File a Response [Doc. 18].

For the reasons stated in the Petitioner's motion, and in light of the Government's lack of opposition, the Court will grant the requested extension.

**IT IS, THEREFORE, ORDERED** that the Petitioner's Motion [Doc. 18] is **GRANTED**, and the Petitioner shall have through and including **March 30, 2020**, within which to respond to the Government's Motion to Dismiss.

**IT IS SO ORDERED.**

Signed: January 24, 2020

Martin Reidinger
United States District Judge

2