**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**ASHEVILLE DIVISION**
**Civil No. 1:16-CV-212-MR**
**[Criminal Case No. 1:00-CR-74-MR-1]**

RICHARD ALLEN JACKSON,      )
                                  )
          Petitioner,        )
                                  )
          v.               )
                                  )
UNITED STATES OF AMERICA,    )
                                  )
          Respondent.     )
                                  )

UNOPPOSED MOTION FOR SIXTY (60) DAY
EXTENSION OF TIME TO FILE A RESPONSE

Richard Jackson, a prisoner in the custody of the United States sentenced to death and housed at the United States Penitentiary, Terre Haute, Indiana, respectfully moves this Court for a sixty (60) day extension of time to file a response to the Government's January 15, 2020 Motion to Dismiss. [Doc. No. 17]. In support, Mr. Jackson states the following:

Mr. Jackson is challenging his 2001 conviction and sentence of death under 18 U.S.C. § 924(c) in light of *Johnson v. United States*, 135 S. Ct. 2551 (2015). This Court held Mr. Jackson's motion in abeyance pending related Fourth Circuit decisions and the Supreme Court's decision in *United States v. Davis*, 139 S. Ct. 2319 (2019). [Doc. No. 8]. On the day *Davis* was decided, this Court ordered the Government to file an answer or other responsive pleading to Mr. Jackson's within sixty days. [Doc. No. 11].

After granting two requests from the Government to extend its deadline to respond to Mr. Jackson's motion, the Court denied without prejudice the Government's Motion to Place Mr. Jackson's Motion in Abeyance pending the United States Supreme Court's decision in *Walker v. United States*, No. 19-373. [Doc. Nos. 15-16]. On November 22, 2019, the Court ordered the

1

Government to file its response to Mr. Jackson's motion by January 15, 2020, which the Government did by way of a Motion to Dismiss. [Doc. Nos. 16-17]. In sum, the Government received extensions totaling 150 days to file its response to Mr. Jackson's motion.

On January 24, 2020, this Court entered an Order [Doc. No. 19] granting Petitioner's first request for a 61-day extension of time to file a Response to the Government's Motion [Doc. No. 18]. Petitioner's Response is currently due on March 30, 2020.

Petitioner has made substantial progress in drafting his response to the complex arguments raised in the Government's motion. [Doc. No. 17 at 7-23]. However, the unprecedented pandemic of the coronavirus and COVID-19 has impaired counsel's ability to prepare a professionally appropriate Response by March 30th. As noted in this Court's own March 13, 2020 directive, the Governor has declared a public health emergency throughout the state, the North Carolina State Supreme Court has restricted state court matters for thirty days from March 13, 2020, and the Centers for Disease Control and Prevention and other public health authorities have advised the taking of precautions to reduce the possibility of exposure to the virus and slow the spread of the disease. Adjusting to this new reality has impaired counsel's ability to adequately research and draft Petitioner's Response during these past weeks.

Petitioner requests an additional sixty (60) days to file his response in light of these extraordinary circumstances.

On March 23, 2020, counsel for Mr. Jackson spoke with Assistant United States Attorney Anthony Enright who indicated that the Government does not oppose Mr. Jackson's request.

2

WHEREFORE, Petitioner Richard Jackson respectfully requests that the foregoing motion be granted, that he be permitted to file a response to the Government's January 15, 2020 motion, and that he be given an additional sixty (60) days (until Friday, May 29, 2020) to file his response.

Respectfully Submitted, this 24th day of March 2020.

/s/ John A. Fagg, Jr.
John A. Fagg, Jr.
johnfagg@mvalaw.com
Frank E. Schall
frankschall@mvalaw.com
Moore & Van Allen PLLC
100 N. Tryon Street, Suite 4700
Charlotte, NC  28202
Telephone:  (704) 331-1000
Facsimile:  (704) 378-2092

3

# CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing **UNOPPOSED MOTION FOR SIXTY (60) DAY EXTENSION OF TIME TO FILE A RESPONSE** with the Clerk of Court using the CM/ECF system, which was served on all counsel of record by ECF.

This the 24th day of March, 2020.

/s/ John A. Fagg. Jr.

4