# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| **RICHARD ALLEN JACKSON,** | ) | JUDGMENT IN CASE |
| | ) | |
| Petitioner, | ) | 1:16-cv-00212-MR |
| | ) | 1:00-cr-00074-MR |
| vs. | ) | |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| | ) | |
| Respondent. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's March 31, 2020 Memorandum of Decision and Order.

March 31, 2020

*Frank G. Johns*
Frank G. Johns, Clerk
United States District Court