# APPEAL TRANSMITTAL SHEET (Death Penalty)

| | | |
|---|---|---|
| **Transmittal to 4CCA of notice of appeal filed:** 05/29/20<br><br>✓ First NOA in Case<br><br>___ Subsequent NOA-same party<br><br>___ Subsequent NOA-new party<br><br>___ Subsequent NOA-cross appeal<br><br>___ Paper ROA    ___ Paper Supp.<br><br>Vols: _____<br><br>Other: _____ | **District:**<br><br> Western District of NC<br><br>**Division:**<br><br> Asheville<br><br>**Caption:**<br><br>Richard Allen Jackson<br>v<br>USA | **District Case No.:**<br><br> 1:16-cv-00212-MR; 1:00-cr-00074-MR<br><br>**4CCA No(s). for any prior NOA:**<br><br> 107-1; 199-1; 09-10<br>**4CCA Case Manager: Emily Borneisen**<br><br>Direct notification of capital appeal also sent by:<br><br>___ **phone call to 804-916-2746 or**<br><br>✓ **email to**<br>**Emily_Borneisen@ca4.uscourts.gov** |

**Capital Appeal Type:**

___ § 2254 appeal

___ Direct appeal from conviction

✓ § 2255 appeal

___ Pretrial appeal in federal case

**District Judge:**

Martin Reidinger

**Court Reporter** (list all):

Elise Evans
Susan Hall

**Coordinator**:
        Terry Leitner

**Fee Status:**

___ No fee required (USA appeal)     ___ Appeal fees paid in full     ✓ Fee not paid

**Criminal Cases:**

✓ District court granted & did not revoke CJA status (continues on appeal)

___ District court granted CJA & later revoked status (must pay fee or apply to 4CCA)

___ District court never granted CJA status (must pay fee or apply to 4CCA)

**Civil, Habeas & 2255 Cases:**

___ Court granted & did not revoke IFP status (continues on appeal)

___ Court granted IFP & later revoked status (must pay fee or apply to 4CCA)

___ Court never granted IFP status (must pay fee or apply to 4CCA)

**PLRA Cases:**

___ Proceeded PLRA in district court, no 3-strike determination (must apply to 4CCA)

___ Proceeded PLRA in district court, determined to be 3-striker (must apply to 4CCA)

**Sealed Status** (check all that apply)**:**

✓ Portions of record under seal

___ Entire record under seal

___ Party names under seal

___ Docket under seal

| | |
|---|---|
| **Record Status for Pro Se Appeals** (check any applicable)**:**<br><br>___ Assembled electronic record transmitted<br><br>___ Additional sealed record emailed to 4cca-filing<br><br>___ Paper record or supplement shipped to 4CCA<br><br>___ No in-court hearings held<br><br>___ In-court hearings held – all transcript on file<br><br>___ In-court hearings held – all transcript not on file<br><br>___ Other: | **Record Status for Counseled Appeals** (check any applicable)**:**<br><br>✓ Assembled electronic record available if requested<br><br>___ Additional sealed record available if requested<br><br>___ Paper record or supplement available if requested<br><br>___ No in-court hearings held<br><br>✓ In-court hearings held – all transcript on file<br><br>___ In-court hearings held – all transcript not on file<br><br>___ Other: |

Deputy Clerk: K. Miller_____     Phone: 828-771-7200  Date: 06/01/20____

04/2019